# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D18-4231

———————————————————

JAMES D. COOK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

July 24, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

James D. Cook, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.